■ HANNAH SEGAL et al., Appellants, v. CAB TRANSPORTATION CORP. et al., Respondents, et al., Defendant.— In an action by plaintiff wife, a passenger in a taxicab owned by defendant Cab Transportation Corp. and operated by defendant August Guglimelli, to recover damages for personal injuries sustained when the taxicab was in a collision with an automobile owned and operated by defendant Philip Weisbrout; and by her husband to recover damages for the loss of her services and for medical expenses, the plaintiffs appeal: (1) from an order of the Supreme Court, Kings County, dated June 1, 1961, which vacated a preference theretofore granted by another Judge on March 30, 1960, pursuant to rule 9 of the Kings County Supreme Court Rules; and (2) from an order of the same court, dated November 15, 1961, which in effect denied plaintiffs' application to resettle the order of June 1, 1961, which again vacated the preference, and which recited the court's finding that the plaintiff wife's injuries "were not serious, prolonged or permanent". Order of June 1, 1961, and order of November 15, 1961, affirmed, with one bill of $10 costs and disbursements. No opinion. Beldock, P. J., Ughetta, Christ, Hill and Hopkins, JJ., concur.

■ ARTHUR SHACTMAN et al., Individually and as Copartners Doing Business under the name of LAKE SUCCESS SHOPPING CENTER, Respondents, v. MASTERS-LAKE SUCCESS, INC., et al., Appellants.— In an action to enjoin defendants from violating a restrictive covenant of a lease entered into between plaintiffs and defendant Masters-Lake Success, Inc., the performance of which was guaranteed by defendant Masters, Inc., and for damages, defendants appeal from so much of an order of the Supreme Court, Nassau County, dated November 17, 1961, as denied their motion to strike out as sham and unnecessary certain enumerated paragraphs of the amended complaint, pursuant to rule 103 of the Rules of Civil Practice. Order, insofar as appealed from, affirmed, with $10 costs and disbursements, with leave to defendants to answer the amended complaint within 20 days after entry of the order hereon. No opinion. Beldock, P. J., Brennan, Rabin and Hopkins, JJ., concur; Christ, J., concurs only because of the decision by the majority of the court on the prior appeal (*Shachtman* v. *Masters-Lake Success,* 14 A D 2d 584).